AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| Jatese Williams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-cv-2727 KHV/KGG |
| Enhanced Recovery Company, Inc. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Enhanced Recovery Company, Inc.
    c/o Capitol Corporate Services, Inc.
    700 West Jackson Street, #100
    Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J. Mark Meinhardt
    9400 Reeds Road, Suite 210
    Overland Park, KS 66207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/14/2012

TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

                                                s/Tami Anthony
                                  *Signature of Clerk of Deputy Clerk*

AO 440 (12/09)   Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-02727-KHV-KGG

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Enhanced Recovery Company, LLC
was received by me on *(date)* 11/14/2012 .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons & Complaint by certified mail pursuant to FRCP 4 and K.S.A. 60-303 on November 19, 2012.

My fees are $ 5.95 for travel and $ _____ for services, for a total of $ 5.95 .

I declare under penalty of perjury that this information is true.

Date: November 26, 2012

/s/J. Mark Meinhardt
*Server's signature*

J. Mark Meinhardt
*Printed name and title*

9400 Reeds Road, Suite 210, Overland Park, KS 66207
*Server's address*

Additional information regarding attempted service, etc:

