**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

**JATESE WILLIAMS**,                        Civil File No. 2:12-cv-02727-KHV-KGG

    Plaintiff,

vs.                                                          **NOTICE OF DISMISSAL**
                                                                                             **WITH PREJUDICE**

**ENHANCED RECOVERY COMPANY, INC.**,

    Defendant.

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                          Respectfully submitted,

Dated: January 7, 2013                By: /s/ J. Mark Meinhardt
                                                 J. Mark Meinhardt, # 20245
                                                 9400 Reeds Road, Suite 210
                                                 Overland Park, Kansas 66207
                                                 Telephone:    (913) 451-9797
                                                 Facsimile:     (913) 451-6163
                                                 Email:          Mark@meinhardtlaw.com
                                                 **ATTORNEY FOR PLAINTIFF**